# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FREDDIE LEWIS,

      Plaintiff,

    v.

JEFF COLEMAN, et al.,

      Defendants.

CIVIL ACTION NO.: 5:20-cv-109

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 22.  No party to this action filed Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's Fourteenth Amendment equal protection and Eleventh Amendment claims.  Plaintiff's Eighth Amendment claims remain pending.  Id.; Dkt. No. 23.

SO ORDERED, this ___14___ day of ___June___, 2021.

                        HON. LISA GODBEY WOOD, JUDGE
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA