# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FREDDIE LEWIS IRVIN,                          *
                                              *
             Plaintiff,                        *          CIVIL ACTION NO.: 5:20-cv-109
                                              *
      v.                                       *
                                              *
JEFF COLEMAN,                                  *
                                              *
             Defendants.                       *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 35.  No party to this action filed Objections to this Report and Recommendation.  Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Defendants Daniels, Brown, Jowcers, Green, Martin, Jame, Varnadore, Bolds, and Heaton.

**SO ORDERED**, this ___27___ day of ___October___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA